UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH J. BERRY,

    Plaintiff,                                     No. 11-10569

v.                                          District Judge John Corbett O'Meara
                                                        Magistrate Judge R. Steven Whalen

FORD MOTOR COMPANY,

    Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on October 3, 2013, Plaintiff's Motion to Compel Discovery [Doc. #36] is GRANTED IN PART AND DENIED IN PART.

The request to compel an additional response to Interrogatory #2 is DENIED.

The request to compel interrogatory responses as to Defendant's sales of automobiles with the SYNC system, or licensing of the SYNC system is GRANTED, as narrowed by Plaintiff's counsel on the record on October 3, 2013. Within seven days of the date of this Order, Plaintiff's counsel shall re-frame the interrogatories consistent with his statements on the record, and submit them to Defendant. Defendant shall respond to the interrogatories within 21 days of the date it receives them.

In all other respects, the motion is DENIED.

IT IS SO ORDERED.

Date: October 3, 2013                            s/R. Steven Whalen
                                                        R. STEVEN WHALEN
                                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 3, 2013, electronically and/or by U.S. mail.

                                                    s/Michael Williams  
                                                   Case Manager for the  
                                                   Honorable R. Steven Whalen