UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH J. BERRY,

    Plaintiff,

Case No. 11-10569

Honorable John Corbett O'Meara

v.

FORD MOTOR COMPANY,

    Defendant.
                                        /

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter came before the court on plaintiff Joseph J. Berry's April 27, 2015 motion for reconsideration of the court's April 14, 2015 Opinion and Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting Defendant's Motion for Summary Judgment. Pursuant to Local Rule 7.1 (h)(2), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

In this case Plaintiff's motion for reconsideration "merely present[s] the same issues ruled upon by the court, either expressly or by reasonable implication." Plaintiff has failed to "demonstrate a palpable defect by which the court and the parties . . . have been misled." Accordingly, the court must deny the motion.

## **ORDER**

It is hereby **ORDERED** that Plaintiff's April 27, 2015 motion for reconsideration is **DENIED.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: May 15, 2015

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 15, 2015, using the ECF system.

                                      s/William Barkholz
                                      Case Manager