# EXHIBIT A

Callahan Attorney Services
3268 Governor Drive
Suite 248
San Diego, CA 92122
Phone: (619) 602-3382
Fax: (858) 408-3901

**INVOICE**

Invoice #DBZ-2014000002
1/2/2014



James Feeney
Dykema Gossett PLLC
400 Renaissance Center
Detriot, MI 48243

Case Number: Southern Division 11-CV-10569-JCO-RSW

Plaintiff:
Joseph J. Berry

Defendant:
Ford Motor Company

Received: 12/19/2013   Served: 12/27/2013 9:00 am  INDIVIDUAL/PERSONAL
To be served on: John Zhu

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service Fee (Local) | 1.00 | 95.00 | 95.00 |
| Stake Out | 5.00 | 65.00 | 325.00 |
| **TOTAL CHARGED:** | | | **$420.00** |
| 01/01/2014  Pre-Payment | | | 290.00 |
| **BALANCE DUE:** | | | **$130.00** |

Please enclose a copy of this invoice with your payment.
Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V8.5n