# EXHIBIT B

**ESQUIRE**
Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

JAMES FEENEY, ESQ.
DYKEMA - BLOOMFIELD HILLS
SUITE 300
39577 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Invoice # CSD28935**

| | |
|---|---|
| Invoice Date | 12/06/2013 |
| Terms | NET 30 |
| Payment Due | 01/05/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | N/A |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/19/2013 | BERRY, JOSEPH J. vs. FORD MOTOR COMPANY | 42152 | 12/03/2013 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 11/19/2013, DOUG VANDAGENS (BLOOMFIELD HILLS, MI) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (92 Pages) | $ 221.72 |
| EXHIBITS | $ 1.80 |
| | $ 223.52 |

SHIPPED TO: FEENEY, JAMES ESQ
SUITE 300
39577 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
ETRANS

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/20/2014** | **$ 223.52** |
| Amount Due After 01/20/2014 | $ 245.87 |

---

Tax Number: 45-3463120

**ESQUIRE**

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA

| | |
|---|---|
| Invoice #: | CSD28935 |
| Payment Due: | 01/05/2014 |
| Amount Due On/Before 01/20/2014 | $ 223.52 |
| Amount Due After 01/20/2014 | $ 245.87 |

JAMES FEENEY, ESQ.
DYKEMA - BLOOMFIELD HILLS
SUITE 300
39577 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

208  0000028935  12062013  4  000022352  9  01052014  01202014  1  000024587  74

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Melanie J. Chico, Esq.<br>Dykema Gossett PLLC<br>10 S. Wacker Dr.<br>Suite 2300<br>Chicago, IL, 60606-7439 | | Invoice #: | SD1950375 |
|---|---|---|---|---|
| | | | Invoice Date: | 1/27/2014 |
| | | | Balance Due: | $1,200.35 |

| Case: | Berry, Joseph J. v. Ford Motor Company |
|---|---|
| Job #: | 1793191 | Job Date: 1/14/2014 | Delivery: Expedited |
| Billing Atty: | Melanie J. Chico, Esq. |
| Location: | Wilson Turner Kosmo |
| | 550 West C Street | Suite 1050 | San Diego, CA 92101 |
| Sched Atty: | Melanie J. Chico, Esq. | Dykema Gossett PLLC |

| | | | | |
|---|---|---|---|---|
| Jun Zhu | Original with 1 Certified Transcript | Page | 119.00 | $696.15 |
| | Attendance Fee | Hour | 2.50 | $100.00 |
| | Exhibits | Per Page | 170.00 | $110.50 |
| | Rough Draft | Page | 119.00 | ~~$154.70~~ |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | ~~$50.00~~ |
| | Parking Expense | Per hour | 1.00 | $22.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

Notes:

| | |
|---|---|
| | $1,200.35 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $1,200.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/al-services/service-information

$995.65

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | SD1950375 |
|---|---|
| Job #: | 1793191 |
| Invoice Date: | 1/27/2014 |
| Balance: | $1,200.35 |

42784

**ESQUIRE**
Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

THOMAS BISHOFF, ESQ.
DYKEMA - DETROIT
23rd FLOOR
400 RENAISSANCE CENTER
DETROIT, MI 48243



Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ229744

| Invoice Date | 12/18/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/17/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/02/2014 | BERRY, JOSEPH J. vs. FORD MOTOR COMPANY | 246866 | 12/10/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 12/02/2014, DOUGLAS VANDAGENS (TROY, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (108 Pages) | $ 251.64 |
| EXHIBITS | $ 133.20 |
| | $ 384.84 |

Etrans

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| Amount Due On/Before 02/01/2015 | $ 384.84 |
| Amount Due After 02/01/2015 | $ 423.32 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com
VISA

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ229744 |
| Payment Due: | 01/17/2015 |
| Amount Due On/Before 02/01/2015 | $ 384.84 |
| Amount Due After 02/01/2015 | $ 423.32 |

THOMAS BISHOFF, ESQ.
DYKEMA - DETROIT
23rd FLOOR
400 RENAISSANCE CENTER
DETROIT, MI 48243

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

208 0000229744 12182014 3 000038484 3 01172015 02012015 6 000042332 91



**ESQUIRE**
Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ231109

| | |
|---|---|
| Invoice Date | 12/20/2014 |
| Terms | NET 30 |
| Payment Due | 01/19/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

STEVEN MCMAHON ZELLER, ESQ.
DYKEMA - CHICAGO
SUITE 2300
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/12/2014 | BERRY, JOSEPH J. vs. FORD MOTOR COMPANY | 243944 | 12/16/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 12/12/2014, DAVID HATTON (TROY, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (74 Pages) | $ 172.42 |
| EXHIBITS | $ 63.50 |
| | $ 235.92 |

ETRANS

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| Amount Due On/Before 02/03/2015 | $ 235.92 |
| Amount Due After 02/03/2015 | $ 259.51 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  DISCOVER

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ231109 |
| Payment Due: | 01/19/2015 |
| Amount Due On/Before 02/03/2015 | $ 235.92 |
| Amount Due After 02/03/2015 | $ 259.51 |

STEVEN MCMAHON ZELLER, ESQ.
DYKEMA - CHICAGO
SUITE 2300
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

208 0000231109 12202014 7 000023592 9 01192015 02032015 8 000025951 10


**ESQUIRE**
Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

STEVEN MCMAHON ZELLER ,ESQ.
DYKEMA - CHICAGO
SUITE 2300
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ220069

| Invoice Date | 12/02/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/01/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/11/2014 | BERRY, JOSEPH J. vs. FORD MOTOR COMPANY | 230344 | 11/25/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 11/11/2014, DAVID DIMEO (TROY, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (102 Pages) | $ 237.66 |
| EXHIBITS | $ 108.00 |
| | $ 345.66 |


RECEIVED DEC 15 2014 By____

ETRANS

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/16/2015** | **$ 345.66** |
| Amount Due After 01/16/2015 | $ 380.23 |

---

Tax Number: 45-3463120

**ESQUIRE**

STEVEN MCMAHON ZELLER ,ESQ.
DYKEMA - CHICAGO
SUITE 2300
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ220069 |
| Payment Due: | 01/01/2015 |
| **Amount Due On/Before 01/16/2015** | **$ 345.66** |
| Amount Due After 01/16/2015 | $ 380.23 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

208 0000220069 12022014 9 000034566 0 01012015 01162015 4 000038023 65



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 140131CLG
Job Date: 01/31/2014
Order Date: 01/31/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 552363
Inv.Date: 02/13/2014
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Berry, Joseph
vs
Ford Motor Company, et al
Action #: 11-cv-10569-JCO-
Rep: CLG
Cert: 6548

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 7.00 | $175.00 |
| 2 | Timothy Nixon | Original Transcript | Pages | 206 | $638.60 |
| 3 | Timothy Nixon | Video Page Rate | Pages | 206 | $51.50 |
| 4 | Timothy Nixon | Rough Draft | Pages | 206 | $257.50 |
| 5 | | Videotape Deposition (7 hrs) | | 1.00 | $695.00 |
| 6 | | E-trans | Item | 1.00 | $20.00 |
| 7 | | Delivery | Item | 1.00 | $10.00 |
| 8 | | Document Imaging | Total | 1.00 | $112.00 |

$935.60

**Comments:**
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Sub Total: $1,959.60
Shipping: $0.00
Tax: N/A
Total Invoice: $1,959.60
Payment: $1,959.60
Balance Due: $0.00

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

**Invoice**

Invoice #: 552363
Inv.Date: 02/13/2014
Balance: $0.00
Job #: 140131CLG
Job Date: 01/31/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 140307CLG2
Job Date: 03/07/2014
Order Date: 03/07/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 554840
Inv.Date: 03/24/2014
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Berry, Joseph
vs
Ford Motor Company, et al
Action #: 11-cv-10569-JCO-
Rep: CLG
Cert: 6548

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 2.75 | $68.75 |
| 2 | Timothy Nixon | Original Transcript | Pages | 85 | $263.50 |
| 3 | Timothy Nixon | Expert Rate | Pages | 85 | $21.25 |
| 4 | | Videotape Deposition (2.5 hrs) | | 1.00 | $357.50 |
| 5 | | E-trans | Item | 1.00 | $20.00 |
| 6 | | Delivery | Item | 1.00 | $10.00 |
| 7 | | Document Imaging | Total | 1.00 | $5.00 |

$347.25

**Comments:**
Firm ID 3062

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $746.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $746.00 |
| Payment | $746.00 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

## Invoice

Invoice #: 554840
Inv.Date: 03/24/2014
Balance: $0.00
Job #: 140307CLG2
Job Date: 03/07/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 140213CLG
Job Date: 02/13/2014
Order Date: 02/13/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #: D026024
Your Client:

# Invoice

Invoice #: 553341
Inv.Date: 02/27/2014
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Action:** Berry, Joseph
vs
Ford Motor Company, et al
**Action #:** 11-cv-10569-JCO-
**Rep:** CLG
**Cert:** 6548

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance |  | 7.50 | $187.50 |
| 2 | Mark Scalf | Original Transcript | Pages | 247 | $765.70 |
| 3 | Mark Scalf | Video Page Rate | Pages | 247 | $61.75 |
| 4 | Mark Scalf | Rough Draft | Pages | 247 | $308.75 |
| 5 |  | Videotape Deposition (7.5 hrs) |  | 1.00 | $732.50 |
| 6 |  | E-trans | Item | 1.00 | $20.00 |
| 7 |  | Delivery | Item | 1.00 | $10.00 |
| 8 |  | Document Imaging | Total | 1.00 | $218.25 |

$1181.45

**Comments:**
Replaces Invoice# 553248

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $2,304.45 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $2,304.45 |
| Payment | $2,304.45 |
| Balance Due | $0.00 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

# Invoice

Invoice #: 553341
Inv.Date: 02/27/2014
Balance: $0.00
Job #: 140213CLG
Job Date: 02/13/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #: D026024
Your Client:

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141124KLJ
Job Date: 11/24/2014
Order Date: 11/24/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 572312
Inv. Date: 12/04/2014
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Berry, Joseph
vs
Ford Motor Company, et al
Action #: 11-cv-10569-JCO-
Rep: KLJ
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance (8.5 hrs) | | 1.00 | $125.00 |
| 2 | Joseph J. Berry | Original Transcript | Pages | 324 | $1,053.00 |
| 3 | Joseph J. Berry | Video Rate | Pages | 324 | $81.00 |
| 4 | Joseph J. Berry | Rough Draft | Pages | 324 | $405.00 |
| 5 | | Videotape Deposition (8.5 hrs) | | 1.00 | $807.50 |
| 6 | | E-trans | Item | 1.00 | $20.00 |
| 7 | | Shipping & Handling | Item | 1.00 | $10.00 |
| 8 | | Document Imaging | Total | 1.00 | $61.00 |

$1249.00

**Comments:**
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $2,562.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $2,562.50 |
| Payment | $2,562.50 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

**Invoice**

Invoice #: 572312
Inv. Date: 12/04/2014
Balance: $0.00
Job #: 141124KLJ
Job Date: 11/24/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141125ACM
Job Date: 11/25/2014
Order Date: 11/25/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 572787
Inv. Date: 12/12/2014
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Berry, Joseph
vs
Ford Motor Company, et al
Action #: 11-cv-10569-JCO-
Rep: ACM
Cert: 6266

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance |  | 1.00 | $125.00 |
| 2 | Joseph J. Berry | Original Transcript | Pages | 276 | $897.00 |
| 3 | Joseph J. Berry | Video Rate | Pages | 276 | $69.00 |
| 4 | Joseph J. Berry | Realtime & Rough Draft | Pages | 276 | $345.00 |
| 5 |  | Videotape Deposition (7.5 hrs) |  | 1.00 | $732.50 |
| 6 |  | E-trans | Item | 1.00 | $20.00 |
| 7 |  | Shipping & Handling | Item | 1.00 | $10.00 |
| 8 |  | Document Imaging | Total | 1.00 | $215.75 |

$1247.75

**Comments:**
Firm ID 3082
Ford #106148-0002

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $2,414.25 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $2,414.25 |
| Payment | $2,414.25 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

**Invoice**

Invoice #: 572787
Inv. Date: 12/12/2014
Balance: $0.00
Job #: 141125ACM
Job Date: 11/25/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141126ACM
Job Date: 11/26/2014
Order Date: 11/26/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 572651
Inv. Date: 12/10/2014
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

Action: Berry, Joseph
vs
Ford Motor Company, et al
Action #: 11-cv-10569-JCO-
Rep: ACM
Cert: 6266

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance (5.75 hrs) |  | 1.00 | $125.00 |
| 2 | Joseph J. Berry | Original Transcript | Pages | 174 | $565.50 |
| 3 | Joseph J. Berry | Video Rate | Pages | 174 | $43.50 |
| 4 | Joseph J. Berry | Realtime & Rough Draft | Pages | 174 | $217.50 |
| 5 |  | Videotape Deposition (6 hrs) |  | 1.00 | $620.00 |
| 6 |  | E-trans | Item | 1.00 | $20.00 |
| 7 |  | Shipping & Handling | Item | 1.00 | $10.00 |
| 8 |  | Document Imaging | Total | 1.00 | $199.75 |

$900.25

**Comments:**
Firm ID 3062
Ford # 106148-0002

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $1,801.25 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,801.25 |
| Payment | $1,801.25 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

## Invoice

Invoice #: 572651
Inv. Date: 12/10/2014
Balance: $0.00
Job #: 141126ACM
Job Date: 11/26/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141222ACM
Job Date: 12/22/2014
Order Date: 12/22/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 573957
Inv.Date: 01/05/2015
Balance: $0.00

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Action:** Berry, Joseph
vs
Ford Motor Company, et al
**Action #:** 11-cv-10569-JCO-
**Rep:** ACM
**Cert:** 6266

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 3.50 | $87.50 |
| 2 | Joseph J. Berry | Expedited Rate | Pages | 147 | $95.55 |
| 3 | Joseph J. Berry | Original Transcript | Pages | 147 | $477.75 |
| 4 | Joseph J. Berry | Video Rate | Pages | 147 | $36.75 |
| 5 | | Videotape Deposition (3.5 hrs) | | 1.00 | $432.50 |
| 6 | | E-trans | Item | 1.00 | $20.00 |
| 7 | | Shipping & Handling | Item | 1.00 | $10.00 |
| 8 | | Document Imaging | Total | 1.00 | $74.75 |

$650

**Comments:**
Firm ID 3082

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $1,234.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,234.80 |
| Payment | $1,234.80 |
| Balance Due | $0.00 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Julie Szymanski, LIT
Ford Motor Company
One American Road
Suite 425-A5
Dearborn, MI 48126

**Deliver To:**
Mr. James P. Feeney
Dykema Gossett, P.L.L.C.
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

**Invoice**

Invoice #: 573957
Inv.Date: 01/05/2015
Balance: $0.00
Job #: 141222ACM
Job Date: 12/22/2014
DB Ref.#: D026024
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com