# EXHIBIT C

# Dykema Expense Voucher

**FOR ACCOUNTS PAYABLE DEPARTMENT USE ONLY**

Voucher #: 546878  Manual Check #: _____  Vendor #: 165457
Receipt Requested: _____  Date paid/to be paid: _____  Timekeeper #: _____

13121860

Date: 12/17/2013
Timekeeper email: MChico@dykema.com
Timekeeper name: CHICO, MELANIE J.
Timekeeper number: 05195
Business Unit: LITIGATION DEPT (190,191,192,193,194,170)
Practice Group: COMMERCIAL LITIGATION
Business Unit #: 004
Practice Group #: 190

## CLIENT CHARGE

Client #: 106148
Client Name: FORD MOTOR COMPANY - CORPORATE LITIGATION
Matter #: 0002
Matter Name: JOSEPH BERRY D026024 / WA1109953
Matter Billing Atty: FEENEY, JAMES P.

| Date | Text to appear on Client Invoice | Amount |
|---|---|---|
| 12/17/2013 | Witness fee for John Zhu | 62.60 |

Client Charge Total: 62.60

Check Request Total: 62.60

Payable To: John Zhu

Approved By: _____  Signature: _____

Check Needed By: 12/18/2013
Chicago: 10:30 AM ☑  2:30 PM ☐
Detroit: 12:30 PM ☐  3:30 PM ☐
Return Check: ☑ Yes  ☐ No  *If no, remitted payment will be sent to the vendor via U.S. mail.*
Return to Whom: Lillian
Office/Wkstn#: 24-6  Ext: 5688
☑ Item to be picked up from the A/P Department  ☐ Item to be interoffice mailed to requestor

## NEW VENDOR INFORMATION

Vendor Name: John Zhu
Address: 12239 Candy Rose Ct.
City: San Diego  State: CA  Zip: 92131
Contact:  Phone:  Fax:
Taxpayer ID:
Services Provided:

2 06477691