# EXHIBIT D



Xact Data Discovery - DTMI
313-965-6505

**INVOICE**

**Invoice Number:** 23-31324

**Invoice Date:** 10/23/2012

REMIT PAYMENT TO: Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

**Customer ID** 12DYKEMA

**Page:** 1

Bill
To: MICHELE SMITH
DYKEMA GOSSETT
400 RENAISSANCE CENTER
DETROIT, MI 48243-1668

Ship
To: MICHELE SMITH
DYKEMA GOSSETT
400 RENAISSANCE CENTER
DETROIT, MI 48243-1668

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | MICHELE SMITH |
| Ship Agent | XACT | P.O. Number | Ford/BERRY |
| Ship Date | 10/22/2012 | Case No. | FORD/BERRY |
| Due Date | 11/22/2012 | Job No. | 13204-1 |
| Terms | Net 30 Days | SalesPerson | Mike Farrell |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| XEDD5 | ED - Native Production | 1.46 | Each Item | 150.00 | 219.00 |
| XEDD7 | ED - No Body OCR | 3,449 | Each Item | .03 | 103.47 |
| | VOL: REVFORD001 | | | | |
| | RANGE: REVFORD000001 - REVFORD016742 | | | | |
| | DOC CNT: 16,742 | | | | |

Client # 106148/002

Fed. Tax ID#: 43-1685216

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax 0.00 | Amount Exempt from Sales Tax 322.47 | Subtotal: | 322.47 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | Total: | 322.47 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____ Date: _____

26



**COMPUTING Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

| INVOICE | |
|---|---|
| Date | Number |
| 2/27/13 | 11948 |
| *Payable Upon Receipt* | |

| Bill To | Attorney, Case, Matter and Billing notes |
|---|---|
| Michele Smith<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry<br>106148/002 |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 11765 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 2/1/13. Paper documents (Ford and Produced by Berry) to be prepared for Summation. | 1.00 | | |
| Scan,D,heavy litigation,B/W | 3,075.00 | 0.15 | 461.25 |
| OCR processing,English | 3,075.00 | 0.03 | 92.25 |
| Labeling,Elect DocID-NO CHARGE | 3,075.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 578.50 |
| Sales Tax | 34.71 |
| Total Invoice Amount | 613.21 |
| Payment/Credit Applied | |
| TOTAL AMOUNT DUE | $613.21 |

*Thank You For Your Business!*



**Computing Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

| INVOICE | |
| --- | --- |
| Date | Number |
| 3/5/13 | 11971 |
| Payable Upon Receipt | |

| Bill To |
| --- |
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

**Attorney, Case, Matter and Billing notes**

C/M#: Ford/Berry

106148/002

| Customer ID | Work Order | Work Authorized By | Sales Representative |
| --- | --- | --- | --- |
| DYK1 | 11762 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Ref: 1/25/13.  Van Dagens electronic data to be | 1.00 | | |
| processed for native review in Summation. | | | |
| EDD, edii load file - 80,784 documents | 11.68 | 250.00 | 2,920.00 |
| OCR processing,English | 2,889.00 | 0.03 | 86.67 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
| --- | --- |
| Subtotal | 3,031.67 |
| Sales Tax | 181.90 |
| Total Invoice Amount | 3,213.57 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$3,213.57** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 3/5/13 | 11973 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |
| 106148/002 |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 11764 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 1/16/13. General electronic data from "Berry Hard Drive" to be processed for native review in Summation. | 1.00 | | |
| EDD, edii load file - 126,624 items | 27.63 | 250.00 | 6,907.50 |
| OCR processing, English | 1,159.00 | 0.03 | 34.77 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 6,967.27 |
| Sales Tax | 418.04 |
| Total Invoice Amount | 7,385.31 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | $7,385.31 |

*Thank You For Your Business!*



**Computing Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

Phone
248.213.1500

Fax Number
248.213.1501

Vendor Tax ID No.
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 3/5/13 | 11972 |

*Payable Upon Receipt*

| Bill To: |
|----------|
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|-------------------------------------------|
| C/M#: Ford/Berry |
| 106148/002 |

| Customer ID | Work Order | Work Authorized by | Sales Representative |
|-------------|-----------|--------------------|-----------------------|
| DYK1 | 11763 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 1/17/13. R. Johnson's (from hard drive) electronic data to be processed for native review in Summation. | 1.00 | | |
| EDD, edii load file - 19,586 documents | 5.14 | 250.00 | 1,285.00 |
| OCR processing, English | 642.00 | 0.03 | 19.26 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 1,329.26 |
| Sales Tax | 79.76 |
| Total Invoice Amount | 1,409.02 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,409.02** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

## INVOICE

| Date | Number |
|---|---|
| 3/5/13 | 11969 |

*Payable Upon Receipt*

| Bill To |
|---|
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI  48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |
| 106148/002 |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 11760 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 1/18/13. Mark Scalf's electronic data to be processed for native review in Summation. | 1.00 | | |
| EDD, edii load file - 59,940 documents | 13.72 | 250.00 | 3,430.00 |
| OCR processing,English | 3,256.00 | 0.03 | 97.68 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 3,552.68 |
| Sales Tax | 213.16 |
| Total Invoice Amount | 3,765.84 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$3,765.84** |

*Thank You For Your Business!*

31



**COMPUTING Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 3/5/13 | 11968 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|-------------------------------------------|
| C/Mil: Ford/Berry |
| 106148/002 |

| Customer ID | Work Order | Work Authorized By | Sales Representative |
|-------------|-----------|--------------------|--------------------|
| DYK1 | 11759 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 2/19/13. J Berry electronic data [emails] | 1.00 | | |
| to be processed for native review in Summation. | | | |
| EDD, edii load file - 16,477 items | 2.18 | 250.00 | 545.00 |
| OCR processing, English | 288.00 | 0.03 | 8.64 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 578.64 |
| Sales Tax | 34.72 |
| Total Invoice Amount | 613.36 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$613.36** |

*Thank You For Your Business!*



**Computing Source**
Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 3/5/13 | 11966 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter and Billing Notes |
|---------|-------------------------------------------|
| Michele Smith<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry<br>106148/002 |

| Customer ID - Work Order | | Work Authorized by | Sales Representative |
|---|---|---|---|
| DYK1 | 11757 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 1/25/13. Radajevic and Schunder electronic data, 12,524 documents, to be processed for native review in Summation. | 1.00 | | |
| EDD, edii load file ($250/GB) - [12,524 documents] | 1.74 | 250.00 | 435.00 |
| OCR processing, English | 121.00 | 0.03 | 3.63 |
| Upload client data to FTP | 2.00 | 25.00 | 50.00 |

| | |
|---|---|
| Subtotal | 488.63 |
| Sales Tax | 29.32 |
| Total Invoice Amount | 517.95 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$517.95** |

*Thank You For Your Business!*

33



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

| INVOICE | |
|---|---|
| Date | Number |
| 3/5/13 | 11970 |
| *Payable Upon Receipt* | |

| Bill To |
|---|
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

**Attorney, Case, Matter and Billing notes**
C/M#: Ford/Berry
106148/002

| Customer ID : Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1        11761 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 1/18/13. Anaqua electronic data to be processed for native review in Summation. | 1.00 | | |
| EDD, edii load file - 1,122 documents | 0.13 | 250.00 | 32.50 |
| OCR processing,English | 416.00 | 0.03 | 12.48 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 69.98 |
| Sales Tax | 4.20 |
| Total Invoice Amount | 74.18 |
| Payment/Credit Applied | |
| TOTAL AMOUNT DUE | $74.18 |

*Thank You For Your Business!*



**COMPUTING Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 3/5/13 | 11967 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter and Billing notes |
|---------|-------------------------------------------|
| Michele Smith<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry<br>106148/002 |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1        11758 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 1/30/13. R. Johnson's electronic data, 19,521 documents, to be processed for native review in Summation. | 1.00 | | |
| EDD, edii load file [19,521 documents] | 3.26 | 250.00 | 815.00 |
| OCR processing,English | 367.00 | 0.03 | 11.01 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | | |
|---|---|---|
| Subtotal | | 851.01 |
| Sales Tax | | 51.06 |
| Total Invoice Amount | | 902.07 |
| Payment/Credit Applied | | |
| **TOTAL AMOUNT DUE** | | **$902.07** |

*Thank You For Your Business!*



# COMPUTING Source

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

## INVOICE

| Date | Number |
|------|--------|
| 3/28/13 | 12069 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter and Billing notes |
|---------|-------------------------------------------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1          11797 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: Prepare paper documents for Production and pre-production databases. | 1.00 | | |
| Scan,D,heavy litigation,B/W | 218.00 | 0.15 | 32.70 |
| OCR processing,English | 218.00 | 0.03 | 6.54 |
| Upload client data to FTP - Production | 1.00 | 25.00 | 25.00 |
| Upload client data to FTP - pre-production. | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 89.24 |
| Sales Tax | 5.35 |
| Total Invoice Amount | 94.59 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$94.59** |

*Thank You For Your Business!*



## COMPUTING Source

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 4/11/13 | 12094 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 11812 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 3/25/13.  Process electronic files (Tom Hodges) for native review in Summation. | 1.00 | | |
| EDD, edii load file | 0.40 | 225.00 | 90.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 3/26/13.   Process electronic files for native review in Summation. | 1.00 | | |
| EDD, edii load file | 0.88 | 225.00 | 198.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 4/2/13.  Prepare paper and electronic files for Summation and Relativity. [Custodians = Boll, Stec and Conliffe] | 1.00 | | |
| Scan,D,heavy litigation,B/W | 310.00 | 0.15 | 46.50 |
| OCR processing,English | 310.00 | 0.03 | 9.30 |
| EDD, edii load file | 0.29 | 225.00 | 65.25 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

400

| | |
|---|---|
| Subtotal | 484.05 |
| Sales Tax | 29.04 |
| Total Invoice Amount | 513.09 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$513.09** |

*Thank You For Your Business!*

3



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 4/22/13 | 12129 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI  48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#:   Ford/Berry |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 11825 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 4/16/13.  Process electronic documents | 1.00 | | |
| [Nello Santori & John Van Wiemeersch] for | | | |
| pre-production database. | | | |
| EDD, edii load file | 2.59 | 225.00 | 582.75 |
| Labeling,Elect DocID-NO CHARGE | 1.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 4/18/13.  Process electronic documents | 1.00 | | |
| [Julius Marchwicki] for pre-production database. | | | |
| EDD, edii load file | 0.03 | 225.00 | 6.75 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

589.50

| | |
|---|---|
| Subtotal | 639.50 |
| Sales Tax | 38.37 |
| Total Invoice Amount | 677.87 |
| Payment/Credit Applied | |
| TOTAL AMOUNT DUE | $677.87 |

*Thank You For Your Business!*

4



**Computing Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 5/14/13 | 12195 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1          11816 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 5/11/13.   Process electronic documents | 1.00 | | |
| [Ken Scott] for pre-production database. | | | |
| EDD, edii load file | 12.94 | 225.00 | 2,911.50 |
| Labeling,Elect DocID-NO CHARGE [REVFORD...] | 273,642.00 | | |
| Upload client data to FTP [Summation/Relativity] | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 2,936.50 |
| Sales Tax | 176.19 |
| Total Invoice Amount | 3,112.69 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$3,112.69** |

*Thank You For Your Business!*

35



**COMPUTING Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 5/14/13 | 12194 |

*Payable Upon Receipt*

| Bill To: | Attorney/Claim and Billing Info: |
|----------|----------------------------------|
| Michele Smith<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry<br>106148/002 |

| Customer ID | Work Order | Work Authorized by | Sales Representative |
|-------------|-----------|--------------------|-----------------------|
| DYK1 | 12851 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 5/7/13. Process electronic data (Micah Kaiser, Brian Oshefsky, re-exported materials for Ken Scott and Paul Renko) | 1.00 | | |
| Scan,D,heavy litigation,B/W | 17.00 | 0.15 | 2.55 |
| EDD, edii load file [Oshefsky= 0.39 GB; Kaiser=7.6 GB] | 7.99 | 225.00 | 1,797.75 |
| Labeling,Elect DocID-NO CHARGE [REVFORD...] | 17.00 | | |
| OCR processing,English | 17.00 | 0.03 | 0.51 |
| Upload client data to FTP - Summation and Relativity load files. | 1.00 | 25.00 | 25.00 |

1800.30

| | Subtotal | 1,825.81 |
|---|----------|----------|
| | Sales Tax | 109.55 |
| Total Invoice Amount | | 1,935.36 |
| Payment/Credit Applied | | |
| **TOTAL AMOUNT DUE** | | **$1,935.36** |

*Thank You For Your Business!*

36



**COMPUTING** *Source*

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

## INVOICE

| Date | Number |
|------|--------|
| 5/9/13 | 12186 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |

| Customer ID - Work Order | | Work Authorized by | Sales Representative |
|---|---|---|---|
| DYK1 | 11834 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 4/23/13. Process electronic data [Custodian:Venkatesh Prasad, Robert Dimech & Steven Schondorf] for Summation and Relativity. | 1.00 | | |
| EDD, edii load file [1.05 GBs - Dimech & Schondorf] | 1.06 | 225.00 | 238.50 |
| Labeling,Elect DocID-NO CHARGE [REVFORD....] | 1,365.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 4/24/13. Process electronic data [Custodian=Rich Strader] for Summation and Relativity. | 1.00 | | |
| EDD, edii load file | 3.32 | 225.00 | 747.00 |
| Labeling,Elect DocID-NO CHARGE [REVFORD...!] | 4,683.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

985.50

| | |
|---|---|
| Subtotal | 1,035.50 |
| Sales Tax | 62.13 |
| Total Invoice Amount | 1,097.63 |
| Payment/Credit Applied | |
| TOTAL AMOUNT DUE | $1,097.63 |

*Thank You For Your Business!*

5



**Computing Source**
Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 5/21/13 | 12218 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter and Billing notes |
|---------|------------------------------------------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|-----------------------|
| DYK1          11862 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 5/13/13. Process electronic documents [David Hatton] for Summation and Relativity. | 1.00 | | |
| EDD, edii load file | 1.26 | 225.00 | 283.50 |
| Labeling,Elect DocID-NO CHARGE [REVFORD...] | 1.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 5/16/13. Process electronic documents [Eric Kerastas] for Summation and Relativity. | 1.00 | | |
| EDD, edii load file | 1.15 | 225.00 | 258.75 |
| Labeling,Elect DocID-NO CHARGE [REVFORD...] | 1.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

542.25

| | |
|---|---|
| Subtotal | 592.25 |
| Sales Tax | 35.54 |
| Total Invoice Amount | 627.79 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$627.79** |

*Thank You For Your Business!*

6



## Computing Source

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 6/13/13 | 12262 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 11872 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 5/23/13. Prepare electronic files for Summation [Robert Dimech]. | 1.00 | | |
| EDD, edii load file | 0.07 | 225.00 | 15.75 |
| Labeling,Elect DocID-NO CHARGE  [REVFORD...] | 1.00 | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 6/4/13.  Prepare paper documents for Summation. [J.B.J. Advisors, Inc.] | 1.00 | | |
| Scan,D,heavy litigation,B/W | 58.00 | 0.15 | 8.70 |
| Labeling,Elect DocID-NO CHARGE | 58.00 | | |
| OCR processing,English | 58.00 | 0.03 | 1.74 |
| Upload client data (Relativity) to FTP | 1.00 | 25.00 | 25.00 |

24.45

| | |
|---|---|
| Subtotal | 76.19 |
| Sales Tax | 4.57 |
| Total Invoice Amount | 80.76 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | $80.76 |

*Thank You For Your Business!*



Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 7/26/13 | 12540 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|-----------------------|
| DYK1          11890 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 6/13/13.  Prepare electronic documents | 1.00 | | |
| [Anaqua Documents] for Summation. | | | |
| EDD, edii load file | 0.59 | 225.00 | 132.75 |
| OCR processing,English | 1,467.00 | 0.03 | 44.01 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | 201.76 |
| Sales Tax | 12.11 |
| Total Invoice Amount | 213.87 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$213.87** |

*Thank You For Your Business!*

8



Litigation Support Services
277 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 9/11/13 | 12928 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke
Dykema Gossett PLLC
400 Renaissance Center
35th Floor
Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford / Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---------------------------|--------------------|----------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 8/29/2013 Prepare Ford/Berry production. | 1.00 | | |
| Volume: FORD003 | | | |
| EDD processing,email and files | 13.92 | 225.00 | 3,132.00 |
| Labeling,electronic,Bates and Endorsement | 61,821.00 | 0.02 | 1,236.42 |
| Thumb Drive  32 GB | 2.00 | 55.00 | 110.00 |

| | |
|---|---|
| Subtotal | 4,478.42 |
| Sales Tax | 268.71 |
| Total Invoice Amount | 4,747.13 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$4,747.13** |

*Thank You For Your Business!*



**Computing Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

Phone
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|---|---|
| 9/11/13 | 12929 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter, and Billing notes |
|---|---|
| Michele Smith<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford v. Berry<br>106148/002 |

| Customer ID / Work Order | Work Authorized by | Sales Representative |
|---|---|---|
| DYK1 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 7/31/2013 Prepare FORD002 production<br>"Anaqua" documents | 1.00 | | |
| EDD File conversion to TIFF | 1.75 | 450.00 | 787.50 |
| Labeling electronic, Bates only | 26,468.00 | 0.02 | 529.36 |
| Labeling electronic, Bates only | 26,468.00 | 0.02 | 529.36 |
| Technical time - Utilize Excel file information<br>to prepare production. Revised two times. | 3.00 | 95.00 | 285.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Summation/Concordance | | | |
| Upload client data to FTP - Relativity | 1.00 | 25.00 | 25.00 |

1846.22

| | |
|---|---|
| Subtotal | 2,181.22 |
| Sales Tax | 130.87 |
| Total Invoice Amount | 2,312.09 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$2,312.09** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 9/23/13 | 13183 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke
Dykema Gossett PLLC
400 Renaissance Center
35th Floor
Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford / Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1 | Kay Manecke | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 9/20/2013 Prepare Ford/Berry production (FORD004). | 1.00 | | |
| EDD processing,email and files | 4.00 | 450.00 | 1,800.00 |
| Labeling,electronic,Bates only | 60,938.00 | 0.02 | 1,218.76 |
| Thumb Drive  32 GB | 2.00 | 55.00 | 110.00 |

| | |
|---|---|
| Subtotal | 3,128.76 |
| Sales Tax | 187.73 |
| Total Invoice Amount | 3,316.49 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$3,316.49** |

*Thank You For Your Business!*



Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 10/14/13 | 13545 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Michele Smith |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Berry v Ford |
| 106148/002 |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|--------------------|
| DYK1 | Michele Smith | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 10/10/2013 Process electronic data as directed for Summation/Concordance load | 1.00 | | |
| EDD processing,email and files | 4.69 | 450.00 | 2,110.50 |
| Labeling,electronic,Bates only | 54,900.00 | 0.02 | 1,098.00 |
| Thumb Drive 32 GB | 2.00 | 55.00 | 110.00 |

| | |
|---|---|
| Subtotal | 3,318.50 |
| Sales Tax | 199.11 |
| Total Invoice Amount | 3,517.61 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$3,517.61** |

*Thank You For Your Business!*

38



**Computing Source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 10/25/13 | 13754 |

*Payable Upon Receipt*

| Bill To | Name, etc. / file, etc. / file, etc. |
|---------|-------------|
| Michele Smith<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Berry v Ford<br>106148 / 002 |

| Customer Work Order | Work Ordered By | Authorized By |
|---------------------|-----------------|---------------|
| DYK1 | Michele Smith | Mike Farrell |

| Item/Description | Qty. | Unit Price | Amount |
|-----------------|------|------------|--------|
| 10/1/2013 - Ford005 Production | 1.00 | | |
| EDD processing,email and files | 9.82 | 450.00 | 4,419.00 |
| Labeling,electronic,Bates only - 75,116 pages | 1.00 | 1,126.74 | 1,126.74 |
| at $0.015 / page | | | |

| | |
|---|---|
| Subtotal | 5,545.74 |
| Sales Tax | 332.74 |
| Total Invoice Amount | 5,878.48 |
| Payment/Credit Applied | |

*Thank You For Your Business!*



Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|---|---|
| 11/21/13 | 14248 |

*Payable Upon Receipt*

| Bill To | Attorney, Case Matter and Billing notes |
|---|---|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 11/14/13; 11/18/13; 11/20/13. Prepare documents (Custodians: Berry, Joseph and John Zu) for review in Relativity. | 1.00 | | |
| Prints,letter/legal,B/W,assembled (11/20/13 - Rush) | 1,842.00 | 0.08 | 147.36 |
| Labeling,electronic,Endorsement only [CONFIDENTIAL; John Zu documents] | 101.00 | 0.03 | 3.03 |
| Thumb Drive 4GB - (11/20/13) | 4.00 | 25.00 | 100.00 |
| Thumb Drive 8GB - ["Write Blocked" drives - J. berry laptop] | 2.00 | 35.00 | 70.00 |
| Upload client data to FTP [11/18/13] | 3.00 | 25.00 | 75.00 |
| Technical time [11/14/13; 11/18/13; 11/20/13] [1311-0171] | 2.75 | 95.00 | 261.25 |

| | |
|---|---|
| Subtotal | 656.64 |
| Sales Tax | 39.40 |
| Total Invoice Amount | 696.04 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$696.04** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 12/11/13 | 14518 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke
Dykema Gossett PLLC
400 Renaissance Center
35th Floor
Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1        11934 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 12/2/13.  Prepare documents produced by Joseph Berry for review in Relativity. | 1.00 | | |
| EDD,File conversion to TIFF | 7.00 | 0.08 | 0.56 |
| OCR processing,English | 7.00 | 0.03 | 0.21 |
| Upload client data to FTP (JB20131203) | 1.00 | 25.00 | 25.00 |
| Technical time | 0.25 | 95.00 | 23.75 |
| Ref: 12/4/13.  Prepare Deposition Exhibits of Douglas Van Dagens for review in Relativity. | 1.00 | | |
| EDD,File conversion to TIFF | 4.00 | 0.08 | 0.32 |
| OCR processing,English | 4.00 | 0.03 | 0.12 |
| Upload client data to FTP (DXVanDagens20131204) | 1.00 | 25.00 | 25.00 |
| Technical time | 0.25 | 95.00 | 23.75 |
| Ref: 12/10/13.  Prepare documents produced by Joseph Berry for review in Relativity. | 1.00 | | |
| EDD,File conversion to TIFF | 21.00 | 0.08 | 1.68 |
| OCR processing,English | 21.00 | 0.03 | 0.63 |
| Upload client data to FTP (JB20131210) | 1.00 | 25.00 | 25.00 |
| Technical time | 0.25 | 95.00 | 23.75 |
| Ref: Prepare production (Ford 007). | 1.00 | | |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | Continued |

*Thank You For Your Business!*



**Computing Source**
Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 12/11/13 | 14518 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|-------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---------------------------|---------------------|----------------------|
| DYK1          11934 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| EDD processing, email and files | 1.51 | 450.00 | 679.50 |
| Labeling, electronic, Bates and Endorsement | 24,110.00 | 0.02 | 482.20 |
| Technical time | 0.25 | 95.00 | 23.75 |
| Thumb Drive - Two, 32 GB thumb drives to be | 2.00 | | |
| returned to Computing source.  No Charge. | | | |
| [1312-0059] | | | |

1161.70

| | |
|---|---|
| Subtotal | 1,335.22 |
| Sales Tax | 80.11 |
| Total Invoice Amount | 1,415.33 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,415.33** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 12/20/13 | 14684 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford v. Berry (FORD008) |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Prepare electronic data for Summation load | 1.00 | | |
| EDD processing,email and files | 0.55 | 450.00 | 247.50 |
| Labeling,electronic,Bates only | 3,893.00 | 0.02 | 77.86 |
| DVD with Summation load file | 1.00 | 55.00 | 55.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| [1312-0151] | | | |

380.36

| | |
|---|---|
| Subtotal | 405.36 |
| Sales Tax | 24.32 |
| Total Invoice Amount | 429.68 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$429.68** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 1/7/14 | 14821 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|-------------------------------------------|
| C/M#: Ford/Berry (Derkkila) |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|-----------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| EDD processing,email and files | 0.28 | 225.00 | 63.00 |
| [1401-0174] | | | |

| | |
|--|--|
| Subtotal | 88.00 |
| Sales Tax | 5.28 |
| Total Invoice Amount | 93.28 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$93.28** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 1/28/14 | 15220 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke
Dykema Gossett PLLC
400 Renaissance Center
35th Floor
Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#:
400 Renaissance Center
35th Floor
Detroit, MI 48243 |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1          11942 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 1/23/13. Prepare production "Ford009". Also, prepare electronic data to be loaded into Relativity for review. | 1.00 | | |
| EDD processing,email and files | 0.33 | 450.00 | 148.50 |
| Labeling,electronic,Bates and Endorsement - for production | 4,683.00 | 0.03 | 140.49 |
| Technical time - locate and organize images according to production list. | 0.75 | 95.00 | 71.25 |
| Upload client data to FTP | 2.00 | 25.00 | 50.00 |
| DVD with other load files | 1.00 | 55.00 | 55.00 |
| [1401-0163] | | | |

343.99

| | |
|---|---|
| Subtotal | 465.24 |
| Sales Tax | 27.91 |
| Total Invoice Amount | 493.15 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$493.15** |

*Thank You For Your Business!*

15



Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 2/11/14 | 15483 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford v Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| 2/6/2014: Prepare FORD011 production as directed | 1.00 | | |
| EDD,File conversion to TIFF | 0.17 | 450.00 | 76.50 |
| OCR processing,English | 147.00 | 0.03 | 4.41 |
| Labeling,electronic,Bates only | 4,019.00 | 0.02 | 80.38 |
| DVD with load file | 1.00 | 55.00 | 55.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Prints,letter/legal,B/W,unassembled | 405.00 | 0.08 | 32.40 |
| Prints,letter/legal,Color,unassembled | 30.00 | 0.89 | 26.70 |
| [1402-0068] | | | |

*270.98*

| | |
|--|--|
| Subtotal | 300.39 |
| Sales Tax | 18.02 |
| Total Invoice Amount | 318.41 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$318.41** |

*Thank You For Your Business!*



## Computing Source

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 2/13/14 | 15533 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Berry v. Ford |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|--------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Print back as directed. | 1.00 | | |
| OCR processing,English | 359.00 | 0.03 | 10.77 |
| EDD,File conversion to PDF | 359.00 | 0.08 | 28.72 |
| Labeling,electronic,Bates only | 359.00 | 0.02 | 7.18 |
| Prints,letter/legal,B/W,unassembled | 5,440.00 | 0.10 | 544.00 |
| Prints,letter/legal,Color,unassembled | 1,595.00 | 0.89 | 1,419.55 |
| [1402-0091] | | | |

| | |
|---|---|
| Subtotal | 2,010.22 |
| Sales Tax | 120.61 |
| Total Invoice Amount | 2,130.83 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$2,130.83** |

*Thank You For Your Business!*



## Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 2/27/14 | 15805 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Barry v. Ford |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|--------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Process as directed. | 1.00 | | |
| Upload client data to FTP | 2.00 | 25.00 | 50.00 |
| EDD,File conversion to TIFF | 950.00 | 0.08 | 76.00 |
| Labeling,electronic,Bates only | 950.00 | 0.02 | 19.00 |
| CD with PDF copies | 1.00 | 35.00 | 35.00 |
| [1402-0213] | | | |

130

| | |
|---|---|
| Subtotal | 180.00 |
| Sales Tax | 10.80 |
| Total Invoice Amount | 190.80 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$190.80** |

*Thank You For Your Business!*

*18*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 3/17/14 | 16069 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter and Billing notes |
|---------|-------------------------------------------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI  48243 | C/M#: Berry v. Ford |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|-----------------------|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| 6 small jobs, combined for ease of billing. | 1.00 | | |
| 2/27/14-process Anaqua/Berry and Scalf data; | 1.00 | | |
| 2/28/14-revise REVFORD 569080; 3/5/14-process | | | |
| Westra data; 3/10/14-prepare FORD013 and | | | |
| FORD014 productions. | | | |
| Labeling,electronic,Bates only | 3,690.00 | 0.03 | 110.70 |
| EDD,File conversion to TIFF | 1,118.00 | 0.08 | 89.44 |
| Technical time-replace incomplete file with new | 0.50 | 95.00 | 47.50 |
| one | | | |
| Upload client data to FTP | 6.00 | 25.00 | 150.00 |
| Labeling,electronic,Bates only | 14,482.00 | 0.02 | 289.64 |
| EDD processing,email and files | 0.44 | 225.00 | 99.00 |
| EDD,File conversion to TIFF-per GB | 0.44 | 450.00 | 198.00 |
| USB Flash Drive-16GB | 1.00 | 45.00 | 45.00 |
| CD with PDF copies | 1.00 | 35.00 | 35.00 |
| [1403-0227] | | | |

*866.78*

| | |
|---|---|
| Subtotal | 1,064.28 |
| Sales Tax | 63.86 |
| Total Invoice Amount | 1,128.14 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,128.14** |

*Thank You For Your Business!*



**Litigation Support Services**
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 5/30/14 | 17512 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| OCR processing, English | 173.00 | 0.03 | 5.19 |
| EDD, File conversion to TIFF | 173.00 | 0.08 | 13.84 |
| Technical time (Locate, export, create folders) | 2.00 | 95.00 | 190.00 |
| EDD processing-Native Reveiw for Relativity | 0.36 | 225.00 | 81.00 |
| Upload client data to FTP | 5.00 | 25.00 | 125.00 |
| [1405-0045] | | | |

*94.84*

| | |
|---|---|
| Subtotal | 415.03 |
| Sales Tax | 24.90 |
| Total Invoice Amount | 439.93 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$439.93** |

*Thank You For Your Business!*



**COMPUTING source**
ALL-IN-ONE LEGAL TECHNOLOGY

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

| INVOICE | |
|---|---|
| Date | Number |
| 6/30/14 | 17976 |

*Payable Upon Receipt*

| Bill To |
|---|
| Kay Manecke
Dykema Gossett PLLC
400 Renaissance Center
35th Floor
Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1    11963 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 6/04/14. Prepare documents for production in native format (FORD016). | 1.00 | | |
| Technical time - locate and prepare supplemental production disk. | 1.00 | 95.00 | 95.00 |
| CD media - containing native file production. | 1.00 | | |
| Ref: 6/11/14. Production FORD017. Process data for Relativity and PDFs for production. | 1.00 | | |
| EDD,File conversion to PDF | 219.00 | 0.08 | 17.52 |
| Labeling,electronic,Bates and Endorsement | 219.00 | 0.03 | 6.57 |
| CD with PDF copies | 1.00 | 30.00 | 30.00 |
| Upload client data to FTP - Relativity load file | 1.00 | 25.00 | 25.00 |
| REf: 6/12/14. Prepare documents for production in native format (FORD016). | 1.00 | | |
| Technical time - locate and prepare supplemental production disk. | 1.00 | 95.00 | 95.00 |
| CD media- containing native file production. [1406-0215] | 1.00 | | 54.09 |

| | |
|---|---|
| Subtotal | 269.09 |
| Sales Tax | 16.15 |
| Total Invoice Amount | 285.24 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$285.24** |

*Thank You For Your Business!*

21


ALL-IN-ONE LEGAL TECHNOLOGY **source**

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 7/23/14 | 18392 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Ellen Kain<br>Dykema Gossett PLLC<br>39577 Woodward Avenue<br>Suite 300<br>Bloomfield Hills, MI 48304-2820 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford / Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1.BH | Ellen Kain | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Scan,D,heavy litigation,B/W | 5,718.00 | 0.15 | 857.70 |
| Scan,D,heavy litigation,Color | 58.00 | 0.89 | 51.62 |
| OCR processing,English | 5,776.00 | 0.03 | 173.28 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| [1407-0127] | | | |

909.32

| | |
|--|--|
| Subtotal | 1,107.60 |
| Sales Tax | 66.46 |
| Total Invoice Amount | 1,174.06 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,174.06** |

*Thank You For Your Business!*

22


**C**OMPUTING*source*
ALL-IN-ONE LEGAL TECHNOLOGY

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

| INVOICE | |
|---|---|
| Date | Number |
| 7/31/14 | 18502 |
| *Payable Upon Receipt* | |

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

| Bill To |
|---|
| Ellen Kain
Dykema Gossett PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI  48304-2820 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1.BH | Ellen Kain | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| OCR processing, English | 10,984.00 | 0.03 | 329.52 |
| EDD processing, email and files (per GB) | 3.40 | 225.00 | 765.00 |
| Upload client data to FTP | 2.00 | 25.00 | 50.00 |
| [1407-0174] | | | |

| | |
|---|---|
| Subtotal | 1,144.52 |
| Sales Tax | 68.67 |
| Total Invoice Amount | 1,213.19 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,213.19** |

*Thank You For Your Business!*

23



ALL-IN-ONE LEGAL TECHNOLOGY

Litigation Support Services
26877 Northwestern Hwy Ste 106
Southfield, MI 48033

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

## INVOICE

| Date | Number |
|------|--------|
| 8/25/14 | 18950 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Ellen Kain<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1        11989 | Ellen Kain | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 7/31/14. Prepare electronic data for native review in Relativity. | 1.00 | | |
| EDD, edii load file | 0.27 | 250.00 | 67.50 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 8/2/14. Prepare electronic data for native review in Relativity. | 1.00 | | |
| Technical time - Process data for Relativity | 0.50 | 95.00 | 47.50 |
| Email client,load file,images | 1.00 | 25.00 | 25.00 |
| Ref: 8/12/14. Re-unitize documents and process data (Keling, Kevin) for Relativity. | 1.00 | | |
| Technical time - re-unitize documents. Process data for Relativity. | 1.25 | 95.00 | 118.75 |
| Upload client data to FTP | 2.00 | 25.00 | 50.00 |
| [1408-0011] | | | |

| | |
|---|---|
| Subtotal | 333.75 |
| Sales Tax | 20.03 |
| Total Invoice Amount | 353.78 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$353.78** |

*Thank You For Your Business!*



**Litigation Support Services**
29401 Stephenson Hwy.
Madison Hts., MI 48071

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 11/6/14 | 20290 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case Matter and Billing notes |
|------------------------------------------|
| C/M: Ford/Berry |

| Customer ID | Work Order | Work Authorized By | Sales Representative |
|-------------|-----------|--------------------|--------------------|
| DYK1 | 12015 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 10/9/14. Prepare production FORD018 | 1.00 | | |
| Technical time - tiff 4,903 images, tag list and organize production) | 2.25 | 95.00 | 213.75 |
| OCR processing, English | 2,253.00 | 0.03 | 67.59 |
| Labeling, electronic, Bates and Endorsement | 6,328.00 | 0.03 | 189.84 |
| DVD with PDF copies | 1.00 | 15.00 | 15.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 10/13/14. Print back of 30(b)(6) in Master Date order | | | |
| Technical time - organize with green sheets, native and image files, brand Bates number on first page of document | 1.00 | 95.00 | 95.00 |
| Prints, letter/legal, B/W, assembled | 8,428.00 | 0.08 | 674.24 |
| Ref: Prepare production FORD019. | 1.00 | | |
| Technical time - tag and organize. | 0.50 | 95.00 | 47.50 |
| OCR processing, English | 18.00 | 0.03 | 0.54 |
| Labeling, electronic, Bates and Endorsement | 27.00 | 0.03 | 0.81 |
| DVD with PDF copies | 1.00 | 15.00 | 15.00 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| TOTAL AMOUNT DUE | Continued |

*Thank You For Your Business!*

40-



**Litigation Support Services**
29401 Stephenson Hwy.
Madison Hts., MI 48071

**Phone**
248.213.1500

**Fax Number**
248.213.1501

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 11/6/14 | 20290 |

*Payable Upon Receipt*

| Bill To | Attorney, Case, Matter and Billing notes |
|---------|-------------------------------------------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 | C/M#: Ford/Berry |

| Customer ID | Work Order | Work Authorized By | Sales Representative |
|-------------|-----------|--------------------|--------------------|
| DYK1 | 12015 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Ref: 11/5/14. Prepare production FORD020. | 1.00 | | |
| Technical time | 1.00 | 95.00 | 95.00 |
| EDD, File conversion to TIFF | 12.00 | 0.08 | 0.96 |
| OCR processing, English | 12.00 | 0.03 | 0.36 |
| Labeling, electronic, Bates and Endorsement | 12.00 | 0.03 | 0.36 |
| Technical time - prepare documents. | 0.50 | 95.00 | 47.50 |
| Upload client data to FTP - Relativity | 1.00 | 25.00 | 25.00 |
| Email client, load file, images - Production pages [1410-0048] | 1.00 | 25.00 | 25.00 |

1109.96

| | |
|---|---|
| Subtotal | 1,563.45 |
| Sales Tax | 93.81 |
| Total Invoice Amount | 1,657.26 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,657.26** |

*Thank You For Your Business!*

24



**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

Litigation Support Services
29401 Stephenson Hwy.
Madison Hts., MI 48071

# INVOICE

| Date | Number |
|------|--------|
| 11/26/14 | 20733 |

*Payable Upon Receipt*

| Bill To |
|---|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| DYK1        12022 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ref: 11/10/14. Prepare Ford 020 production. | 1.00 | | |
| EDD,File conversion to TIFF | 7.00 | 0.10 | 0.70 |
| OCR processing,English | 7.00 | 0.03 | 0.21 |
| Labeling,electronic,Bates and Endorsement | 7.00 | 0.03 | 0.21 |
| Technical time - locate and prepare images for production. | 0.50 | 95.00 | 47.50 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 11/12/14. Prepare deposition exhibits (Daniel Stock) for Relativity and provide prints requested. | 1.00 | | |
| EDD,File conversion to TIFF | 69.00 | 0.08 | 5.52 |
| OCR processing,English | 69.00 | | |
| Labeling,electronic,Bates and Endorsement | 69.00 | 0.03 | 2.07 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Prints,letter/legal,B/W,assembled | 744.00 | 0.10 | 74.40 |
| Technical time - locate and print images requested. | 1.50 | 95.00 | 142.50 |
| Ref: 11/18/14. Print requested deposition prep documents (Joseph Berry). | 1.00 | | |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **Continued** |

*Thank You For Your Business!*



**COMPUTING** *source*
ALL-IN-ONE LEGAL TECHNOLOGY

Litigation Support Services
29401 Stephenson Hwy.
Madison Hts., MI 48071

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|---|---|
| 11/26/14 | 20733 |

*Payable Upon Receipt*

| Bill To |
|---|
| Kay Manecke |
| Dykema Gossett PLLC |
| 400 Renaissance Center |
| 35th Floor |
| Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Ford/Berry |

| Customer ID - Work Order | | Work Authorized By | Sales Representative |
|---|---|---|---|
| DYK1 | 12022 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Prints,letter/legal,B/W,assembled | 4,017.00 | 0.10 | 401.70 |
| Ref: 11/19/14. Print requested documents | 1.00 | | |
| (Nixon/Scalf/Berry). | | | |
| Prints,letter/legal,B/W,assembled | 678.00 | 0.10 | 67.80 |
| Ref: 11/21/14. Print requested documents | 1.00 | | |
| (Support of Inventorship). | | | |
| Prints,letter/legal,B/W,assembled | 11,403.00 | 0.10 | 1,140.30 |
| Ref: 11/23/14. Prepare production document. | 1.00 | | |
| EDD,File conversion to TIFF | 4.00 | 0.08 | 0.32 |
| OCR processing,English | 4.00 | 0.03 | 0.12 |
| Labeling,electronic,Bates and Endorsement | 4.00 | 0.03 | 0.12 |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |
| Ref: 11/24/14. Print documents requested. | 1.00 | | |
| Provide documents requested by Ellen Kain in | | | |
| PDF format. | | | |
| Prints,letter/legal,B/W,assembled | 450.00 | 0.10 | 45.00 |
| Technical time - convert tiff documents to | 0.50 | 95.00 | 47.50 |
| PDFs. | | | |
| Upload client data to FTP | 1.00 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **Continued** |

*Thank You For Your Business!*


ALL-IN-ONE LEGAL TECHNOLOGY

**Litigation Support Services**
29401 Stephenson Hwy.
Madison Hts., MI 48071

**Phone**
248.213.1500
**Fax Number**
248.213.1501
**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 11/26/14 | 20733 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Kay Manecke<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>35th Floor<br>Detroit, MI 48243 |

| Attorney, Case, Matter and Billing notes |
|-------------------------------------------|
| C/M#: Ford/Berry |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| DYK1 12022 | Kay Manecke | Mike Farrell |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Ref: 11/25/14. Prepare Dimeo deposition exhibits for Relativity and prepare non searchable PDFs for production. | 1.00 | | |
| Technical time -prepare Dimeo documents and non searchable PDFs for production. | 1.45 | 95.00 | 137.75 |
| Upload client data to FTP -production PDFs | 1.00 | 25.00 | 25.00 |
| EDD,File conversion to TIFF | 20.00 | 0.08 | 1.60 |
| OCR processing,English | 20.00 | 0.03 | 0.60 |
| Labeling,electronic,Bates and Endorsement | 20.00 | 0.03 | 0.60 |
| Upload client data to FTP -Dimeo documents. | 1.00 | 25.00 | 25.00 |
| [1411-0086] | | | |

1738.14

| | |
|---|---|
| Subtotal | 2,266.52 |
| Sales Tax | 135.99 |
| Total Invoice Amount | 2,402.51 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$2,402.51** |

*Thank You For Your Business!*